April 20, 2007

Mr. Carlos Villarreal
Hermansen, McKibben, Woolsey & Villarreal, L.L.P.
555 North Carancahua, Suite 1100
Corpus Christi, TX 78478
Mr. Paul D. Andrews
The Law Offices of Thomas J. Henry
521 Starr Street
Corpus Christi, TX 78401

RE: Case Number: 04-0452
 Court of Appeals Number: 13-02-00440-CV
 Trial Court Number: A-02-0036-CV-A

Style: ROBERT LOW, D.O. AND STEPHEN SMITH, M.D.
 v.
 THOMAS J. HENRY AND THE LAW OFFICES OF THOMAS J. HENRY

Dear Counsel:

 Today the Supreme Court of Texas delivered the enclosed opinion and
judgment in the above-referenced cause.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosures
|cc:|Ms. Pam Heard |
| |Clerk |
| |Ms. Cathy Wilborn|
| | |
| |Mr. Donald P. |
| |Wilcox |